THE STATE OF MONTANA UPON RELATION OF BANKERS LIFE & CASUALTY COMPANY, A CORPORATION, RELATOR, v. ROBERT E. MILLER, AND THE DISTRICT COURT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF CASCADE, THE HONORABLE PAUL G. HATFIELD, JUDGE THEREOF, RESPONDENTS.

No. 12735.
Decided April 30, 1974.
523 P.2d 853.

ORDER

PER CURIAM:

This is an original proceeding wherein relator seeks an appropriate writ to vacate and set aside an order entered in the district court of Cascade County on April 3, 1974, denying relator's motion for summary judgment in the case of Robert E. Miller, Plaintiff vs. Bankers Life and Casualty Company, a

corporation, Defendant, being cause No. 73456-C pending in said respondent court. The petition was heard ex parte and an alternative order to show cause was issued, returnable on April 30, 1974.

On the return day briefs were filed and counsel were heard in oral argument and the matter taken under advisement. The Court now being advised, and giving consideration to the petition, exhibits, briefs and oral argument of counsel, ordered that the relief herein sought be denied and the proceeding is ordered dismissed.